# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SCOTT A. SCHAFFER,** | : | **CIVIL ACTION NO. 1:21-CV-1047** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **SUPERINTENDENT BARRY SMITH** and **PENNSYLVANIA ATTORNEY GENERAL'S OFFICE,** | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 31st day of March, 2022, upon consideration of Petitioner Scott A. Schaffer's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Schaffer's petition (Doc. 1) for a writ of habeas corpus is DISMISSED as time-barred.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania